AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| RICCARDO USAI, MASSIMILIANO GIUA, IRINA SLIZSKAYA, and MEYVIS VEGA <br><br> *Plaintiff(s)* <br><br> v. <br><br> CLUB MANAGEMENT MIAMI II, LLC, and R. DONAHUE PEEBLES <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 24-CV-24830 MOORE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  R. DONAHUE PEEBLES
1691 Michigan Avenue, Suite 250
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Derek Smith Law Group, PLLC
c/o Kyle T. MacDonald, Esq.
520 Brickell Key Drive, Suite O-301
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 12/11/2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| RICCARDO USAI, MASSIMILIANO GIUA, IRINA SLIZSKAYA, and MEYVIS VEGA <br><br> *Plaintiff(s)* <br><br> v. <br><br> CLUB MANAGEMENT MIAMI II, LLC, and R. DONAHUE PEEBLES <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 24-CV-24830 MOORE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CLUB MANAGEMENT MIAMI II, LLC
c/o Ronald R. Fieldstone, its Registered Agent,
701 Brickell Avenue, 17th Floor
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Derek Smith Law Group, PLLC
c/o Kyle T. MacDonald, Esq.
520 Brickell Key Drive, Suite O-301
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    12/11/2024



Angela E. Noble
Clerk of Court

SUMMONS

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts