UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-24830-KMM

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

                Plaintiffs,

vs.

CLUB MANAGEMENT MIAMI II, LLC, and
R. DONAHUE PEEBLES,

                Defendants.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

      PLEASE TAKE NOTICE that attorney Ellen M. Leibovitch, of Assouline & Berlowe, P.A., hereby makes her appearance as counsel on behalf of Defendants, CLUB MANAGEMENT MIAMI II, LLC and R. DONAHUE PEEBLES, and directs all future pleadings and correspondence filed in the above action be served upon: Ellen M. Leibovitch, Esq., eml@assoulineberlowe.com, Assouline & Berlowe, P.A., 2385 N.W. Executive Center Dr., Suite 100 Boca Raton, FL 33431; Telephone: (305) 361-6566.

                                                Respectfully submitted,

                                                **ASSOULINE & BERLOWE, P.A.**

                                                *s/ Ellen M. Leibovitch*
                                                ELLEN M. LEIBOVITCH
                                                Florida Bar No. 656933
                                                eml@assoulineberlowe.com
                                                2385 N.W. Executive Center Dr., Suite 100
                                                Boca Raton, FL 33431
                                                Tel: (561) 361-6566

                                                Attorneys for Defendants, Club Management
                                                Miami II, LLC, and R. Donahue Peebles