UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-24830-KMM

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

                Plaintiffs,

vs.

CLUB MANAGEMENT MIAMI II, LLC, and
R. DONAHUE PEEBLES,

                Defendants.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that attorney Daniel E. Vielleville, of Assouline & Berlowe, P.A., hereby makes her appearance as counsel on behalf of Defendants, CLUB MANAGEMENT MIAMI II, LLC and R. DONAHUE PEEBLES, and directs all future pleadings and correspondence filed in the above action be served upon: Daniel E. Vielleville, Esq., dev@assoulineberlowe.com, Assouline & Berlowe, P.A., 2385 N.W. Executive Center Dr., Suite 100 Boca Raton, FL 33431; Telephone: (305) 361-6566.

ASSOULINE & BERLOWE, P.A.

/s/ *Daniel E. Vielleville*
DANIEL E. VIELLEVILLE
Florida Bar No. 940496
dev@assoulineberlowe.com
ELLEN M. LEIBOVITCH
Florida Bar No. 656933
eml@assoulineberlowe.com
2385 N.W. Executive Center Dr., Suite 100
Boca Raton, FL 33431
Tel: (561) 361-6566

Attorneys for Defendants, Club Management Miami II, LLC, and R. Donahue Peebles