**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

       Plaintiffs,                              CASE NO.: 1:24-cv-24830-KMM

v.

CLUB MANAGEMENT MIAMI II, LLC., and
R. DONAHUE PEEBLES,

       Defendants.
_____/

**JOINT MOTION FOR EXTENSION OF TIME TO HOLD**
**SCHEDULING CONFERENCE**

       Plaintiffs, RICCARDO USAI, MASSIMILIANO GIUA, IRINA SLIZSKAYA, and MEYVIS VEGA, and Defendants, CLUB MANAGEMENT MIAMI II, LLC., and R. DONAHUE PEEBLES, (collectively the "Parties"), pursuant to the Court's Order dated December 12, 2024, hereby file this Joint Motion for an extension of time to hold a scheduling conference, and state as follows:

       1.      Plaintiffs filed their Complaint in this matter on December 10, 2024 [D.E. 1].

       2.      On December 12, 2024, the Court entered a Paperless Pretrial Order [D.E. 4], providing that the Parties shall hold a scheduling conference no later than twenty (20) days after the filing of the first responsive pleading, or within sixty (60) days after the filing of the Complaint, whichever occurs first.

       3.      Defendants entered an appearance on January 15, 2025 [D.E. 10], but have not yet filed a responsive pleading.

       4.      The Parties have conferred on this matter, however, due to scheduling constraints, the Parties require additional time to complete the Rule 26(f) scheduling conference.

5. Accordingly, the Parties respectfully request a 15-day extension of time, allowing until February 25, 2025, to conduct the scheduling conference.

6. The instant motion is not made for the purposes of delay and will not prejudice any party.

**WHEREFORE**, the Parties respectfully request that the Court grant an extension of time of ten (10) days, up to and including February 25, 2025, to conduct the Rule 26(f) scheduling conference, as set forth above.

Dated this 10th day of February, 2025.

Respectfully submitted,

**DEREK SMITH LAW GROUP, PLLC**
*Counsel for Plaintiffs*

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
Derek Smith Law Group, PLLC
520 Brickell Key Dr, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
Kyle@dereksmithlaw.com

**ASSOULINE & BERLOWE, P.A.**
*Counsel for Defendants, Club Management Miami II, LLC, and R. Donahue Peebles*

*/s/ Ellen M. Leibovitch*
ELLEN M. LEIBOVITCH
Florida Bar No. 656933
eml@assoulineberlowe.com
DANIEL E. VIELLEVILLE
Florida Bar No. 940496
dev@assoulineberlowe.com
2385 N.W. Executive Center Dr., Suite 100
Boca Raton, FL 33431
Tel: (561) 361-6566

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on February 10, 2025, via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**ASSOULINE & BERLOWE, P.A.**

ELLEN M. LEIBOVITCH
Florida Bar No. 656933
eml@assoulineberlowe.com
DANIEL E. VIELLEVILLE
Florida Bar No. 940496
dev@assoulineberlowe.com
2385 N.W. Executive Center Dr., Suite 100
Boca Raton, FL 33431
Tel: (561) 361-6566

*Counsel for Defendants Club Management Miami II, LLC and R. Donahue Peebles*