# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

      Plaintiffs,                    CASE NO.: 1:24-cv-24830-KMM

v.

CLUB MANAGEMENT MIAMI II, LLC., and
R. DONAHUE PEEBLES,

      Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Motion for Extension of Time to Hold Scheduling Conference [ECF No. 11]. The Court, having reviewed the file and being otherwise fully apprised in the premises, hereby **GRANTS** the Motion. The parties shall complete the scheduling conference on or before February 20, 2025.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this _____ day of _____, 2025.

_____
THE HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

*Copies Furnished to All Counsel of Record*