UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

        Plaintiffs,

CASE NO. 1:24-cv-24830-KMM

v.

CLUB MANAGEMENT MIAMI II, LLC. and
R. DONAHUE PEEBLES,

        Defendants.
_____/

**PROPOSED SCHEDULING ORDER**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **March 9, 2026.** The **Calendar Call** will be held at **9:30 a.m. on Monday, March 2, 2026.** The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26 | **March 25, 2025** |
| 2. | Joinder of any additional parties and filing of motions to amend pleadings by | **April 18, 2025** |
| 3. | Plaintiff(s) shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). | **May 23, 2025** |
| 4. | Defendant(s) shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2) | **June 20, 2025** |
| 5. | The Parties shall exchange rebuttal expert witness summaries and reports, as required by Fed. R. Civ. P. 26(a)(2). | **July 11, 2025** |
| 6. | Parties shall conduct mediation by | **October 9, 2025** |

| | | |
|---|---|---|
| 7. | All discovery, including expert discovery, shall be completed by | **November 26, 2025** |
| 8. | The Parties shall file all dispositive pre-trial motions and memoranda of law. | **January 15, 2026** |
| 9. | The Parties shall also file any motions to strike or exclude expert testimony, whether based on Fed. R. Evid. 702 and Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), or any another basis. | **January 15, 2026** |
| 10. | Motions *in limine* shall be filed by | **January 31, 2026** |
| 11. | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). | **February 15, 2026** |
| 12. | The Parties shall also file proposed jury instructions and a proposed verdict form, or statement of fact and conclusions of law (for non-jury trials). | **February 15, 2026** |
| 13. | The Parties shall submit their deposition designations. | **February 15, 2026** |

**DONE and ORDERED** in Chambers in Miami-Dade County, Florida, on this ___ day of _____, 2025.

_____
THE HONORABLE K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

*Copies Furnished to All Counsel of Record*

2