UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

      Plaintiffs,                             CASE NO.: 1:24-cv-24830-KMM

v.

CLUB MANAGEMENT MIAMI II, LLC., and
R. DONAHUE PEEBLES,

      Defendants.
_____/

**PLAINTIFFS' *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND TO DISMISS**

      Plaintiffs, RICCARDO USAI, MASSIMILIANO GIUA, IRINA SLIZSKAYA, and MEYVIS VEGA, by and through their undersigned counsel, respectfully move this Court for a 21-day extension of time to file their responses to Defendants' Motion to Compel Arbitration of the Claims of Plaintiffs Riccardo Usai and Massimiliano Giua [D.E. 13], and Defendants' Motion to Dismiss and Incorporated Memorandum of Law [D.E. 14] (collectively, "Defendants' Motions"). In support, Plaintiffs state as follows:

      1.      On February 25, 2025, the Defendants, CLUB MANAGEMENT MIAMI II, LLC. and R. DONAHUE PEEBLES, filed a Motion to Compel Arbitration of the claims of Plaintiffs Usai and Giua [D.E. 13] and a Motion to Dismiss the Complaint in its entirety [D.E. 14].

      2.      Plaintiffs' responses to these motions are currently due by March 11, 2025.

      3.      On the same day, Defendants also initiated arbitration proceedings against Plaintiffs Usai and Giua, despite simultaneously moving to compel arbitration in this Court.

      4.      Plaintiffs espectfully request a 21-day extension, which would extend the deadline to April 1, 2025, to allow sufficient time to evaluate the legal and factual issues raised in

Defendants' Motions, prepare comprehensive responses addressing both arbitration and dismissal arguments, and ensure that Plaintiffs are not unduly prejudiced given the complexity of the motions and their potential impact on the proceedings.

5. Due to the complexity of the issues involved, Plaintiffs seek this additional time to evaluate the Defendants' arguments and prepare an adequate response.

6. Federal Rule of Civil Procedure 6(b)(1)(A) allows the Court to extend the deadline for good cause shown. FED. R. CIV. P. 6(b)(1)(A).

7. Good cause exists for this request because Defendants' Motions raise significant issues regarding Plaintiffs' claims and the enforceability of the purported arbitration agreements. Defendants' simultaneous initiation of arbitration proceedings while seeking to compel arbitration creates additional procedural complexities that require thorough analysis. An extension is necessary to fully address these issues and provide a comprehensive response to Defendants' arguments.

8. Plaintiffs do not seek the requested extension for purposes of delay, but for the good cause shown.

9. Defendants will not be unduly prejudiced by the requested enlargement of time.

10. Plaintiffs conferred with the Defendant before filing this motion. Defendants' counsel stated that Defendants have no objection to the Plaintiff's request for enlargement of time sought herein.

**WHEREFORE**, Plaintiffs respectfully request that the Court enter an order extending the time to respond to the Defendants' Motion to Compel Arbitration of the Claims of Plaintiffs Riccardo Usai and Massimiliano Giua, and Motion to Dismiss the Complaint, until April 1, 2025, and granting any further relief deemed just and proper.

**C ERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the Plaintiffs conferred with counsel for the Defendants, who advised that Defendants do not oppose the relief sought herein.

/s/ Kyle T. MacDonald
Kyle T. MacDonald, Esq.

Dated this 3rd day of March, 2025,

Respectfully submitted,

**DEREK SMITH LAW GROUP, PLLC**

/s/ Kyle T. MacDonald
Kyle T. MacDonald, Esq.
Florida Bar No. 1038749
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
kyle@dereksmithlaw.com

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on March 3, 2025, on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ *Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**ASSOULINE & BERLOWE, P.A.**

DANIEL E. VIELLEVILLE
Florida Bar No. 940496
dev@assoulineberlowe.com
ELLEN M. LEIBOVITCH
Florida Bar No. 656933
eml@assoulineberlowe.com
2385 N.W. Executive Center Dr., Suite 100
Boca Raton, FL 33431
Tel: (561) 361-6566

*Counsel for Defendants Club Management Miami II, LLC and R. Donahue Peebles*

4