**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

      Plaintiffs,                          CASE NO.: 1:24-cv-24830-KMM

v.

CLUB MANAGEMENT MIAMI II, LLC., and
R. DONAHUE PEEBLES,

      Defendants.
_____/

**PROPOSED ORDER GRANTING PLAINTIFFS'** *UNOPPOSED* **MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO COMPEL ARBITRATION AND TO DISMISS**

THIS CAUSE is before the Court on the parties' Plaintiffs' Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Compel Arbitration and to Dismiss [ECF No. 16]. The Court, having reviewed the file and being otherwise fully apprised in the premises, hereby **GRANTS** the Motion. Plaintiffs shall have until April 1, 2025, to respond to Defendants' Motion to Compel Arbitration of the Claims of Plaintiffs Riccardo Usai and Massimiliano Giua [D.E. 13], and Defendants' Motion to Dismiss and Incorporated Memorandum of Law [D.E. 14].

**DONE AND ORDERED** in Chambers in Miami, Florida, on this _____ day of _____, 2025.

                                                                                                                              _____
                                                                                                                                THE HONORABLE K. MICHAEL MOORE
                                                                                                                                UNITED STATES DISTRICT JUDGE

*Copies Furnished to All Counsel of Record*