UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-24830-KMM

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

                    Plaintiffs,

vs.

CLUB MANAGEMENT MIAMI II, LLC, and
R. DONAHUE PEEBLES,

                    Defendants.
_____/

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendants, Club Management Miami II, LLC and R. Donahue Peebles, hereby make the following disclosures:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that may have an interest in the outcome of this action - - - including subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in this case:

    A.    **Riccardo Usai – Plaintiff**

    B.    **Massimiliano Giua – Plaintiff**

    C.    **Irina Slizskaya – Plaintiff**

    D.    **Meyvis Vega – Plaintiff**

    E.    **Derek Smith Law Group, PLLC – Law firm representing Plaintiffs**

    F.    **Kyle Thomas MacDonald – Attorney for Plaintiffs**

  E. **Club Management Miami II, LLC – Defendant**

  F. **R. Donahue Peebles – Defendant**

  G. **Assouline & Berlowe, P.A. – Law firm representing Defendants**

  H. **Ellen M. Leibovitch – Attorney for Defendants**

  I. **Daniel Eric Vielleville - Attorney for Defendants**

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  **None.**

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or the 20 largest unsecured creditors) in bankruptcy cases:

  **None.**

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  **Unknown.**

5. Check one of the following:

  a. _X_ I hereby certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

  b. ___ I certify that I am unaware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain).

**ASSOULINE & BERLOWE, P.A.**

/s/ *Ellen M. Leibovitch*
ELLEN M. LEIBOVITCH
Florida Bar No. 656933
eml@assoulineberlowe.com
2385 N.W. Executive Center Dr., Suite 100
Boca Raton, FL 33431
Tel: (561) 361-6566

Attorneys for Defendants,
Club Management Miami II, LLC,
and R. Donahue Peebles