UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-24830-KMM

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

                     Plaintiffs,

vs.

CLUB MANAGEMENT MIAMI II, LLC, and
R. DONAHUE PEEBLES,

                     Defendants.
_____/

## **DEFENDANTS'** *UNOPPOSED* **MOTION TO CONTINUE TRIAL**

Defendants, Club Management Miami II, LLC and R. Donahue Peebles, pursuant to Local Rules 7.1(a)(1) and 7.6, move this Court for entry of an order continuing the trial in this action, which is currently set for the two-week period commencing on December 15, 2025 [ECF 17]. The grounds for this motion are as follows:

    1.    On March 3, 2025, the undersigned and counsel for the Plaintiffs filed their Joint Scheduling Report [ECF 15] and submitted their proposed scheduling order to this Court. Both subissions proposed the following deadlines leading to trial:

> The Parties shall file all dispositive pre-trial motions and memoranda of law by **January 15, 2026**

> The Parties shall also file any motions to strike or exclude expert testimony, whether based on Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any another basis by **January 15, 2026**

> Motions *in limine* shall be filed by **January 31, 2026**

> The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e) by **February 15, 2026**

The Parties shall also file proposed jury instructions and a proposed verdict form, or statement of fact and conclusions of law (for non-jury trials) by **February 15, 2026**

The Parties shall submit their deposition designations by **February 15, 2026**

2. These deadlines were proposed by the undersigned because she will be out of the country on a pre-planned, prepaid family trip from December 17, 2025 to January 4, 2026. Plaintiffs' counsel understood and agreed to the deadlines in the report and proposed order.

3. On March 4, 2025, the Court set this cause for trial for the two-week period commencing on December 15, 2025 [ECF 17].

4. The trial calendar on which this case was set conflicts with the undersigned's family trip that was planned and paid for well prior to the setting of the trial. Were it not for these exceptional circumstances, the undersigned would not be seeking a continuance. An affidavit setting forth a full showing of good cause is attached as Exhibit "A" to this motion.

5. By this motion, Defendants request a continuance of the trial to a calendar or trial docket commencing on or after January 12, 2026, which is a week after the undersigned returns to this country.

6. The undersigned has conferred with Plaintiffs' counsel prior to filing this motion, and Plaintiffs' counsel does not oppose the continuance requested.

7. This request is sought in good faith and is not being made for any dilatory purpose, and neither of the parties will be prejudiced by a brief continuance.

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(3)

The undersigned certifies that she conferred with Plaintiffs' counsel, Kyle T. MacDonald, regarding this motion as required by Local Rule 7.1(a)(3), and Mr. MacDonald stated that neither he nor the Plaintiffs opposed the requested continuance.

                                                     **ASSOULINE & BERLOWE, P.A.**

                                                     /s/ *Ellen M. Leibovitch*
                                                     ELLEN M. LEIBOVITCH
                                                     Florida Bar No. 656933
                                                     eml@assoulineberlowe.com
                                                     2385 N.W. Executive Center Dr., Suite 100
                                                     Boca Raton, FL 33431
                                                     Tel: (561) 361-6566

                                                     Attorneys for Defendants,
                                                     Club Management Miami II, LLC,
                                                     and R. Donahue Peebles