# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:24-CV-24830-KMM**

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

                Plaintiffs,

vs.

CLUB MANAGEMENT MIAMI II, LLC, and
R. DONAHUE PEEBLES,

                Defendants.
_____/

# EXHIBIT "A"

### AFFIDAVIT OF ELLEN M. LEIBOVITCH

    Before me, the undersigned notary, appeared Ellen M. Leibovitch who, after being first duly sworn, deposed and stated as follows:

    1.    I have been an attorney in good standing with the Florida Bar since 1989 and have been Board Certified in Labor & Employment Law since 2004.

    2.    I am a partner at the law firm of Assouline & Berlowe, P.A., which firm represents Defendants, Club Management Miami II, LLC and R. Donahue Peebles, in this case. In fact, I am lead counsel for Defendants.

    3.    I am submitting this affidavit in support of Defendants' *Unopposed* Motion for Continuance (the "Motion") and to show good cause for granting the Motion.

    4.    As stated in the Motion, I will be on a pre-planned, prepaid family trip and out of the country from December 17, 2025 to January 4, 2026. More specifically, my husband, my children and I are flying to Argentina on December 17, 2025, going on a South American cruise

from December 20, 2026 through January 3, 2026, flying back to Florida on January 3, 2026, and arriving in Miami on January 4, 2026. I planned this trip and purchased our cruise tickets on January 21, 2025 and purchased our non-refundable plane tickets on February 18, 2025.

5. Given this preplanned and prepaid trip, about which I notified Plaintiffs' counsel (Kyle MacDonald) in connection with the preparation of the parties' Joint Scheduling Report [ECF 15], Mr. MacDonald and I jointly requested that trial not commence before February 15, 2026.

6. In a March 4, 2025 order [ECF 17], the Court set this cause for trial for the two-week period commencing on December 15, 2025, and I immediately knew that I would have to seek a continuance of the trial.

7. I notified Mr. MacDonald on March 5, 2025 that I would be filing a motion for continuance and asked if he opposed the request, which he does not. Furthermore, my clients, Defendants in this action, do not oppose the requested continuance.

8. I submit that the following facts show good cause for granting the continuance of the trial in this cause.

FURTHER AFFIANT SAYETH NOT.

_____
ELLEN M. LEIBOVITCH

STATE OF FLORIDA
PALM BEACH COUNTY

Sworn to (or affirmed) and subscribed before me by Ellen M. Leibovitch, who is personally known to me, by online notarization on this 11th day of March, 2025.

_____
Signature of Notary Public – State of Florida

Shelly Rene' Hart
Name of Notary Typed, Printed or Stamped

Notary Public State of Florida
Shelly Rene Hart
My Commission HH 527912
Expires 6/10/2028

2