UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

    Plaintiffs,                                    CASE NO.: 1:24-cv-24830-KMM

v.

CLUB MANAGEMENT MIAMI II, LLC., and
R. DONAHUE PEEBLES,

    Defendants.
_____/

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

Attorney Kyle T. MacDonald hereby files this Notice of Change of Address and Contact Information in the above-captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

| | |
|---|---|
| **Law Firm:** | **MacDonald Law, PLLC** |
| **Address:** | **420 SW 7th St, Suite 1118**<br>**Miami, Florida 33130** |
| **Email:** | **kyle@macdonaldemploymentlaw.com** |
| **Telephone:** | **(786) 500-9995** |

Dated this 17th day of March, 2025,

                                                         Respectfully submitted,

                                                         */s/ Kyle T. MacDonald*
                                                         Kyle T. MacDonald, Esq.
                                                         Florida Bar No. 1038749
                                                         MacDonald Law, PLLC
                                                         420 SW 7th St, Suite 1118
                                                         Miami, FL 33130
                                                         Tel: (786) 500-9995
                                                         kyle@macdonaldemploymentlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on March 17, 2025, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**ASSOULINE & BERLOWE, P.A.**

DANIEL E. VIELLEVILLE
Florida Bar No. 940496
dev@assoulineberlowe.com
ELLEN M. LEIBOVITCH
Florida Bar No. 656933
eml@assoulineberlowe.com
2385 N.W. Executive Center Dr., Suite 100
Boca Raton, FL 33431
Tel: (561) 361-6566

*Counsel for Defendants Club Management Miami II, LLC and R. Donahue Peebles*