

**MIAMI-DADE COMMISSION ON HUMAN RIGHTS**
111 NW 1 Street, 21st Floor, Miami, FL  33128
P. (305) 375-2784 F. (305) 375-2114
ofep@miamidade.gov
www.miamidade.gov/humanrights

miamidade.gov

## *Dismissal of Discrimination Charge*

<u>**VIA EMAIL at morskayairnia@gmail.com**</u>

| <u>**CHARGING PARTY**</u> | <u>**RESPONDENT**</u> |
|---|---|
| Irina Slizskaya | Club Management II Miami, LLC |

Charge Number: **F-11523**

**TO THE AGGRIEVED PARTY:  This is your NOTICE OF RIGHT TO SUE.  It is issued because the Director of the Miami-Dade Commission on Human Rights has dismissed your charge of discrimination.  Your charge was dismissed because:**

☒ Charging Party Requested a Right to Sue

☐ Respondent could not be located

**The issuance of this NOTICE OF RIGHT TO SUE terminates the Commission on Human Right's investigation of your charge.  If you wish to pursue your charge further, you have the right to sue the Respondent(s) in the appropriate court of the State of Florida pursuant to:**

☐ **Sec. 11A-15 (Housing);**
☐ **Section 11A-24 (Public Accommodations);**
☒ **Section 11A-28(10) (Employment):**
☐ **Section 11A-33 (Family Leave);**
☐ **Section 11A-65 (Domestic Violence Leave), of the Code of Miami-Dade County.**

**IF YOU DECIDE TO SUE, YOU MUST DO SO WITHIN 90 DAYS FROM RECEIPT OF THIS NOTICE; OTHERWISE, YOUR RIGHT TO SUE IS LOST.**

**For Miami-Dade Commission on Human Rights:**

*Erin A. New*
_____
Erin A. New, Division Director
Commission on Human Rights, Human Rights & Fair Employment
Human Resources Department

Date:  **November 20, 2024**

cc:  **Respondent**

F-042A
Rev. 04/20



**MIAMI-DADE COMMISSION ON HUMAN RIGHTS**
111 NW 1 Street, 21st Floor, Miami, FL  33128
P. (305) 375-2784 F. (305) 375-2114
ofep@miamidade.gov
www.miamidade.gov/humanrights

miamidade.gov

## *Dismissal of Discrimination Charge*

**VIA EMAIL at meyvis10@yahoo.com**

| **CHARGING PARTY** | **RESPONDENT** |
|---|---|
| Meyvis Gonzalez Vega | Club Management II Miami, LLC |

Charge Number: **F-11522**

**TO THE AGGRIEVED PARTY:  This is your NOTICE OF RIGHT TO SUE.  It is issued because the Director of the Miami-Dade Commission on Human Rights has dismissed your charge of discrimination.  Your charge was dismissed because:**

☒ Charging Party Requested a Right to Sue

☐ Respondent could not be located

**The issuance of this NOTICE OF RIGHT TO SUE terminates the Commission on Human Right's investigation of your charge.  If you wish to pursue your charge further, you have the right to sue the Respondent(s) in the appropriate court of the State of Florida pursuant to:**

☐ **Sec. 11A-15 (Housing);**
☐ **Section 11A-24 (Public Accommodations);**
☒ **Section 11A-28(10) (Employment):**
☐ **Section 11A-33 (Family Leave);**
☐ **Section 11A-65 (Domestic Violence Leave), of the Code of Miami-Dade County.**

**IF YOU DECIDE TO SUE, YOU MUST DO SO WITHIN 90 DAYS FROM RECEIPT OF THIS NOTICE; OTHERWISE, YOUR RIGHT TO SUE IS LOST.**

**For Miami-Dade Commission on Human Rights:**

*Erin A. New*
_____
Erin A. New, Division Director
Commission on Human Rights, Human Rights & Fair Employment
Human Resources Department

Date:  **November 20, 2024**

cc:  **Respondent**

F-042A
Rev. 04/20



**MIAMI-DADE COMMISSION ON HUMAN RIGHTS**
111 NW 1 Street, 21st Floor, Miami, FL 33128
P. (305) 375-2784 F. (305) 375-2114
ofep@miamidade.gov
www.miamidade.gov/humanrights

miamidade.gov

## *Dismissal of Discrimination Charge*

**VIA EMAIL at maxguia14@gmail.com**

| **CHARGING PARTY** | **RESPONDENT** |
|---|---|
| Massimiliano Guia | Club Management II Miami, LLC |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| ▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |

Charge Number: **F-11509**

**TO THE AGGRIEVED PARTY: This is your NOTICE OF RIGHT TO SUE. It is issued because the Director of the Miami-Dade Commission on Human Rights has dismissed your charge of discrimination. Your charge was dismissed because:**

☒ Charging Party Requested a Right to Sue

☐ Respondent could not be located

**The issuance of this NOTICE OF RIGHT TO SUE terminates the Commission on Human Right's investigation of your charge. If you wish to pursue your charge further, you have the right to sue the Respondent(s) in the appropriate court of the State of Florida pursuant to:**

☐ **Sec. 11A-15 (Housing);**
☐ **Section 11A-24 (Public Accommodations);**
☒ **Section 11A-28(10) (Employment):**
☐ **Section 11A-33 (Family Leave);**
☐ **Section 11A-65 (Domestic Violence Leave), of the Code of Miami-Dade County.**

**IF YOU DECIDE TO SUE, YOU MUST DO SO WITHIN 90 DAYS FROM RECEIPT OF THIS NOTICE; OTHERWISE, YOUR RIGHT TO SUE IS LOST.**

**For Miami-Dade Commission on Human Rights:**

*Erin A. New*
_____
Erin A. New, Division Director
Commission on Human Rights, Human Rights & Fair Employment
Human Resources Department

Date: **November 18, 2024**

cc: **Respondent**

F-042A
Rev. 04/20



**MIAMI-DADE COMMISSION ON HUMAN RIGHTS**
111 NW 1 Street, 21st Floor, Miami, FL  33128
P. (305) 375-2784 F. (305) 375-2114
ofep@miamidade.gov
www.miamidade.gov/humanrights

miamidade.gov

## *Dismissal of Discrimination Charge*

**VIA EMAIL at riccardo914.ru@gmail.com**

| **CHARGING PARTY** | **RESPONDENT** |
|---|---|
| Riccardo Usai | Club Management II Miami, LLC |

Charge Number: **F-11521**

**TO THE AGGRIEVED PARTY:  This is your NOTICE OF RIGHT TO SUE.  It is issued because the Director of the Miami-Dade Commission on Human Rights has dismissed your charge of discrimination.  Your charge was dismissed because:**

☒ Charging Party Requested a Right to Sue

☐ Respondent could not be located

**The issuance of this NOTICE OF RIGHT TO SUE terminates the Commission on Human Right's investigation of your charge.  If you wish to pursue your charge further, you have the right to sue the Respondent(s) in the appropriate court of the State of Florida pursuant to:**

☐ **Sec. 11A-15 (Housing);**
☐ **Section 11A-24 (Public Accommodations);**
☒ **Section 11A-28(10) (Employment):**
☐ **Section 11A-33 (Family Leave);**
☐ **Section 11A-65 (Domestic Violence Leave), of the Code of Miami-Dade County.**

**IF YOU DECIDE TO SUE, YOU MUST DO SO WITHIN 90 DAYS FROM RECEIPT OF THIS NOTICE; OTHERWISE, YOUR RIGHT TO SUE IS LOST.**

**For Miami-Dade Commission on Human Rights:**

*Erin A. New*
_____
Erin A. New, Division Director
Commission on Human Rights, Human Rights & Fair Employment
Human Resources Department

Date:  **November 20, 2024**

cc:  **Respondent**

F-042A
Rev. 04/20