**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

        Plaintiffs,                            CASE NO.: 1:24-cv-24830-KMM

v.

CLUB MANAGEMENT MIAMI II, LLC., and
R. DONAHUE PEEBLES,

        Defendants.
_____/

**PLAINTIFFS' NOTICE OF SCRIVENER'S ERROR**
**AND CORRECTED SUBMISSION**

        Plaintiffs, RICCARDO USAI, MASSIMILIANO GIUA, IRINA SLIZSKAYA, and MEYVIS VEGA, by and through their undersigned counsel, respectfully submit this Notice to clarify the record concerning two filings submitted in connection with Defendants' pending motions [D.E. 27, 28].

        On the evening of April 1, 2025, Plaintiffs' counsel attempted to file both (1) a Response in Opposition to Defendants' Motion to Compel Arbitration, and (2) a Response in Opposition to Defendants' Motion to Dismiss. Due to a recent change in counsel's professional affiliation, including a departure from counsel's prior firm, and resulting disruptions in document management and PACER access, the version of the Response to the Motion to Compel Arbitration filed at 11:59 PM [D.E. 26], was an earlier internal draft that included formatting errors, incomplete citations, and placeholder content not intended for submission.

        Upon identifying the error and resolving the technical issues, Plaintiffs promptly filed an Amended Response in Opposition to the Motion to Compel Arbitration [D.E. 27], along with the Response in Opposition to the Motion to Dismiss [D.E. 28], at approximately 1:30 AM on April

1

2, 2025. This Notice is submitted to confirm that the operative versions of both responses are now on file and reflect the accurate authorities and arguments intended for the Court's review.

    Undersigned counsel respectfully submits this Notice in the interest of candor and diligence, and to ensure the Court is provided with the accurate filings intended for its review. Plaintiffs' counsel sincerely apologizes for any inconvenience and appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No. 1038749
MacDonald Law, PLLC
420 SW 7th St, Suite 1118
Miami, FL 33130
Office: (786) 500-9675
Direct: (786) 500-9995
kyle@macdonaldemploymentlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on April 2, 2025, on all counsel of record on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Kyle T. MacDonald
Kyle T. MacDonald, Esq.

## SERVICE LIST

**ASSOULINE & BERLOWE, P.A.**

DANIEL E. VIELLEVILLE
Florida Bar No. 940496
dev@assoulineberlowe.com
ELLEN M. LEIBOVITCH
Florida Bar No. 656933
eml@assoulineberlowe.com
2385 N.W. Executive Center Dr., Suite 100
Boca Raton, FL 33431
Tel: (561) 361-6566

*Counsel for Defendants Club Management Miami II, LLC and R. Donahue Peebles*