UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

       Plaintiffs,                                    CASE NO.: 1:24-cv-24830-KMM

v.

CLUB MANAGEMENT MIAMI II, LLC., and
R. DONAHUE PEEBLES,

       Defendants.
_____/

**JOINT DISCOVERY STATUS REPORT**

Pursuant to the Court's Order Setting Discovery Status Conference [DE 25], Plaintiffs RICCARDO USAI, MASSIMILIANO GIUA, IRINA SLIZSKAYA, and MEYVIS VEGA (collectively, "Plaintiffs"), and Defendants CLUB MANAGEMENT MIAMI II, LLC. and R. DONAHUE PEEBLES (collectively, "Defendants"), respectfully submit this Joint Discovery Status Report:

    **I.**        **CURRENT PROCEDURAL POSTURE**

This parties respectfully report that the procedural posture of this case has been dictated by motion practice that proved significantly more extensive and time-consuming than was anticipated when the initial Scheduling Order was devised. While the parties were aware that dispositive motions might be filed, the subsequent briefing process for Defendants' Motion to Compel Arbitration and Motion to Dismiss required a degree of attention and resources that superseded the original timeline for discovery. This report and the parties' contemporaneous Joint Motion for Extension of Scheduling Order Deadlines are submitted to respectfully request that the case schedule be modified, and that the following responses be considered in that context.

## II. DISCOVERY STATUS

In response to the Court's specific inquiries, the parties report as follows:

### A. Particular Discovery Propounded by Each Party

No party has propounded discovery. The parties' time and resources have been necessarily consumed by extensive motion briefing, a circumstance not contemplated by the original discovery deadlines, and which may impact the scope of discovery and claims in this matter.

### B. Status of Discovery Responses

As no discovery requests have been propounded for the reasons stated above, no discovery responses are outstanding from any party.

### C. Status of Depositions

No depositions have been taken or scheduled. In compliance with the Court's Order to provide "an explanation of any delay in scheduling," the parties respectfully state that the delay is a result of the unanticipated duration of motion briefing, which has taken precedence over the scheduling of depositions.

### D. Status of Expert Disclosures

No party has served expert disclosures. Similar to the aforementioned discovery items, the original deadlines for these disclosures were established without foreseeing the timeline for resolution of the pending motions.

### E. Outstanding Discovery Disputes

The parties affirm that there are no outstanding discovery disputes. Counsel have instead collaborated on the contemporaneous Joint Motion to amend the schedule, which provides a solution to the current timing issues.

### F. Need for Discovery Status Conference

The parties jointly believe the conference scheduled for July 22, 2025, is not needed at this time. The issues impacting the schedule are fully explained here, and in the parties' pending motion. A conference would be more fruitful once these pending matters are resolved by the Court.

### G. Certification Regarding Discovery Completion

The parties cannot certify completion under the current discovery deadline for the aforementioned reasons. However, the parties are confident that all discovery can be completed under the revised schedule proposed in their Joint Motion.

Dated this 15th day of July, 2025,

Respectfully submitted,

**MACDONALD LAW, PLLC**
*Counsel for Plaintiffs*

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
420 SW 7th Street, Suite 1118
Miami, FL 33130
(786) 500-9675
kyle@macdonaldemploymentlaw.com

**ASSOULINE & BERLOWE, P.A.**
*Counsel for Defendants, Club Management Miami II, LLC, and R. Donahue Peebles*

*/s/ Ellen M. Leibovitch*
ELLEN M. LEIBOVITCH
Florida Bar No. 656933
eml@assoulineberlowe.com
DANIEL E. VIELLEVILLE
Florida Bar No. 940496
dev@assoulineberlowe.com
2385 N.W. Executive Center Dr., Suite 100
Boca Raton, FL 33431
Tel: (561) 361-6566