UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

        Plaintiffs,                                  CASE NO.: 1:24-cv-24830-KMM

v.

CLUB MANAGEMENT MIAMI II, LLC., and
R. DONAHUE PEEBLES,

        Defendants.
_____/

## NOTICE OF MEDIATOR SELECTION

      Plaintiffs, RICCARDO USAI, MASSIMILIANO GIUA, IRINA SLIZSKAYA, and MEYVIS VEGA, hereby submit this Notice of Mediator Selection on behalf of the parties to this matter, pursuant to the Court's March 4, 2025, Order of Referral to Mediation [ECF No. 18], and in compliance with the Court's July 11, 2025, Order [ECF No. 35], directing the parties to file their notice on or before July 18, 2025. The parties have conferred and agreed to mediate this matter before Robyn S. Hankins, Esq.

      Dated this 16th day of July, 2025,

                                                                    Respectfully submitted,

                                                                    **MACDONALD LAW, PLLC**
                                                                    *Counsel for Plaintiffs*

                                                                    */s/ Kyle T. MacDonald*
                                                                    Kyle T. MacDonald, Esq.
                                                                    Florida Bar No.: 1038749
                                                                    420 SW 7th Street, Suite 1118
                                                                    Miami, FL 33130
                                                                    (786) 500-9675
                                                                    kyle@macdonaldemploymentlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on July 16, 2025, via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**ASSOULINE & BERLOWE, P.A.**

ELLEN M. LEIBOVITCH
Florida Bar No. 656933
eml@assoulineberlowe.com
DANIEL E. VIELLEVILLE
Florida Bar No. 940496
dev@assoulineberlowe.com
2385 N.W. Executive Center Dr., Suite 100
Boca Raton, FL 33431
Tel: (561) 361-6566

*Counsel for Defendants Club Management Miami II, LLC and R. Donahue Peebles*