UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-CV-24830-KMM

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

           Plaintiffs,

vs.

CLUB MANAGEMENT MIAMI II, LLC, and
R. DONAHUE PEEBLES,

           Defendants.
_____/

**NOTIFICATION OF NINETY DAYS EXPIRING**

Defendants, CLUB MANAGEMENT MIAMI II, LLC and R. DONAHUE PEEBLES, pursuant to Local Rule 7.1(b)(4)(A) of the United States District Court for the Southern District of Florida, hereby file and serve this Notice of Ninety Days Expiring with respect to Defendants' Motion to Compel Arbitration [ECF 13], and in support hereof state as follows:

(i)    Defendants filed their Motion to Compel Arbitration [ECF 13] on February 25, 2025.

(ii)    Plaintiffs filed their Response in Opposition to Defendants' Motion to Compel Arbitration [ECF 27] on April 2, 2025.

(iii)    Defendants filed their Reply in Support to Defendants' Motion to Compel Arbitration [ECF 31] on April 8, 2025.

(iv)    There was no hearing held on Defendants' Motion to Compel Arbitration.

In light of the foregoing docket entries and dates of service and filing, Defendants' Motion to Compel Arbitration has been pending for more than ninety (90) days as of July 7, 2025.

Local Rule 7.1(b)(4) provides that a party "shall file and serve on all parties and any affected non-parties within fourteen (14) days thereafter a 'Notification of Ninety Days Expiring.'" In accordance with such rule, Defendants respectfully submit this notification and seek such relief as this Court deems just and proper.

**ASSOULINE & BERLOWE, P.A.**

/s/ *Ellen M. Leibovitch*
ELLEN M. LEIBOVITCH
Florida Bar No. 656933
eml@assoulineberlowe.com
DANIEL E. VILLEVILLE
Florida Bar No. 940496
dev@assoulineberlowe.com
2385 N.W. Executive Center Dr., Suite 100
Boca Raton, FL 33431
Tel: (561) 361-6566

Attorneys for Defendants, Club Management Miami II, LLC, and R. Donahue Peebles