UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

       Plaintiffs,                            CASE NO.: 1:24-cv-24830-KMM

v.

CLUB MANAGEMENT MIAMI II, LLC., and
R. DONAHUE PEEBLES,

       Defendants.
_____/

**JOINT DISCOVERY STATUS REPORT**

Pursuant to this Court's orders [ECF 25, 42, & 43], Plaintiffs, RICCARDO USAI, MASSIMILIANO GIUA, IRINA SLIZSKAYA, and MEYVIS VEGA, and Defendants, CLUB MANAGEMENT MIAMI II, LLC. and R. DONAHUE PEEBLES, submit this Joint Discovery Status Report and state as follows:

**A. Particular Discovery Propounded by Each Party**

    i. On August 22, 2025, Plaintiff Usai served requests for production of documents on each of the two named Defendants;

    ii. On August 22, 2025, Plaintiffs Usai and Giua served interrogatories on each of the two named Defendants;

    iii. On September 3, 2025, Defendant Club Management Miami II, LLC served interrogatories on Plaintiffs Vega and Slizskaya;

    iv. On September 3, 2025, Defendants served requests for production on Plaintiffs Vega and Slizskaya; and

      v.    On September 4, 2025, Defendant Club Management Miami II, LLC served requests for admissions on Plaintiffs Usai, Giua and Vega.

**B. Status of Discovery Responses**

All discovery responses are outstanding.

**C. Status of Depositions**

      i.    Defendants anticipate taking the deposition of each of the Plaintiffs; and

      ii.    Plaintiffs anticipate taking the depositions of Defendant Club Management Miami II, LLC's corporate representative, Defendant R. Donahue Peebles, and several of Defendants' individual employees.

**D. Status of Expert Disclosures**

At this time, the parties do not anticipate retaining expert witnesses.

**E. Outstanding Discovery Disputes**

There are no outstanding discovery disputes to be addressed at this time.

**F. Need for Discovery Status Conference**

The parties jointly believe the conference scheduled September 11, 2025 is not needed at this time in light of Defendants' pending motion to dismiss and motion to compel arbitration and believe a conference would be more fruitful once these pending matters are resolved by the Court.

**G. Certification Regarding Discovery Completion**

The parties cannot certify that discovery will be completed by the October 25, 2025 deadline. The resolution of Defendants' pending dispositive motions will materially impact

the scope of, and necessity for, future discovery in this matter.[1] Following the Court's ruling on these motions, the parties will promptly confer and await further guidance from the Court regarding a revised discovery schedule, should the need arise.

| | |
|---|---|
| **MACDONALD LAW, PLLC** | **ASSOULINE & BERLOWE, P.A.** |
| *s/ Kyle T. MacDonald* | *s/ Ellen M. Leibovitch* |
| Kyle T. MacDonald | Ellen M. Leibovitch |
| Florida Bar No. 1038749 | Florida Bar No. 656933 |
| kyle@macdonaldemploymentlaw.com | eml@assoulineberlowe.com |
| 420 SW 7th Street, Suite 111 | 2385 N.W. Executive Center Dr., Suite 100 |
| Miami, FL 33130 | Boca Raton, FL 33431 |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

---

[1] Note that Defendant Club Management Miami II, LLC has instituted separate actions against Plaintiffs Usai and Giua before the American Arbitration Association (AAA), which have been stayed pending resolution of Defendants' motion to compel arbitration.