## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-24830-KMM

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

        Plaintiffs,

v.

CLUB MANAGEMENT MIAMI II, LLC., and
R. DONAHUE PEEBLES,

        Defendants.

_____/

### JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiffs, RICCARDO USAI, MASSIMILIANO GIUA, IRINA SLIZSKAYA, and MEYVIS VEGA, and Defendants, CLUB MANAGEMENT MIAMI II, LLC. and R. DONAHUE PEEBLES, pursuant to this Court's Order Setting Discovery Procedures [ECF 9], Federal Rule of Civil Procedure 26(c), and Magistrate Judge Fulgueira Elfenbein's instructions during the September 11, 2025 Discovery Status Conference [ECF 45], jointly move this Court for entry of the Protective Order ("Exhibit A" hereto) and, as grounds therefor, state:

1.      Plaintiffs and Defendants (collectively, the "Parties") agree that protecting the confidentiality of certain documents and records is necessary for this case as disclosure and discovery activity are likely to involve production of confidential, proprietary, or private information, for which special permission from public disclosure and from use for any purpose, other than prosecuting this litigation may be warranted.

2.      The Parties have agreed to the attached Protective Order following the September 11, 2025 Discovery Status Conference and in accordance with Magistrate Judge Fulgueira

Elfenbein's order in the case of *Rav Bahamas, Ltd. v. Genting Americas, Inc.*, Case 1:24-cv-23874-JAL.

      3.     The Parties now respectfully ask this Court to enter the Protective Order to govern the disclosure of documents and information in connection with the production of documents in this case.

      **WHEREFORE**, Plaintiffs and Defendants request this Court grant this motion and enter the attached Protective Order.

| | |
|---|---|
| **MACDONALD LAW, PLLC** | **ASSOULINE & BERLOWE, P.A.** |
| *s/ Kyle T. MacDonald* | *s/ Ellen M. Leibovitch* |
| Kyle T. MacDonald | Ellen M. Leibovitch |
| Florida Bar No. 1038749 | Florida Bar No. 656933 |
| kyle@macdonaldemploymentlaw.com | eml@assoulineberlowe.com |
| 420 SW 7th Street, Suite 111 | 2385 N.W. Executive Center Dr., Suite 100 |
| Miami, FL 33130 | Boca Raton, FL 33431 |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |