UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

      Plaintiffs,                                  CASE NO.: 1:24-cv-24830-KMM

v.

CLUB MANAGEMENT MIAMI II, LLC., and
R. DONAHUE PEEBLES,

      Defendants.
_____/

**NOTICE OF AVAILABLE DATES FOR SETTLEMENT CONFERENCE**

Plaintiffs, RICCARDO USAI, MASSIMILIANO GIUA, IRINA SLIZSKAYA, and MEYVIS VEGA (collectively, "Plaintiffs"), by and through their undersigned counsel and pursuant to the Court's Order Upon Referral for Settlement Conference [D.E. 51], hereby notify the Court that the Parties have conferred and identified November 14, 17, and 18, as available dates for a settlement conference.

                                                 Respectfully submitted,

                                                 **MACDONALD LAW, PLLC**

                                                 */s/ Kyle T. MacDonald*
                                                 Kyle T. MacDonald, Esq.
                                                Florida Bar No.: 1038749

                                                420 SW 7th Street, Suite 1118
                                                Miami, FL 33130
                                                (786) 500-9675
                                                kyle@macdonaldemploymentlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on October 9, 2025, on all counsel of record on the service list below via Notices of Electronic Filing generated by CM/ECF.

*/s/ ;Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**ASSOULINE & BERLOWE, P.A.**

DANIEL E. VIELLEVILLE
Florida Bar No. 940496
dev@assoulineberlowe.com
ELLEN M. LEIBOVITCH
Florida Bar No. 656933
eml@assoulineberlowe.com
2385 N.W. Executive Center Dr., Suite 100
Boca Raton, FL 33431
Tel: (561) 361-6566

*Counsel for Defendants Club Management Miami II, LLC and R. Donahue Peebles*