UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:24-cv-24830-KMM

**RICCARDO USAI,**
**MASSIMILIANO GIUA**, *et al.*,
    Plaintiffs,

vs.

**CLUB MANAGEMENT MIAMI II, LLC,**
**R. DONAHUE PEEBLES,**
    Defendants.
_____/

## NOTICE OF APPEAL

Notice is hereby given, pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure, that defendants/appellants CLUB MANAGEMENT MIAMI II, LLC, and R. DONAHUE PEEBLES appeals to the U.S. Court of Appeals for the Eleventh Circuit from this Court's order denying the Motion to Compel Arbitration of the Claims of Plaintiffs RICCARDO USAI and MASSIMILIANO GIUA (DE49), entered September 23, 2025. A copy of the order is attached to this Notice as "Exhibit 1".

Respectfully submitted,

*S/ Michael T. Davis*
**BENEDICT P. KUEHNE**
Florida Bar No. 233293

**MICHAEL T. DAVIS**
Florida Bar No. 63374
**KUEHNE DAVIS LAW, P.A.**
100 S.E. 2d St., Suite 3650
Miami, FL 33131-2154
Tel: 305.789.5989
Fax: 305.789.5987
MDavis@KDLawyersPA.com
efiling@kuehnelaw.com

## CERTIFICATE OF SERVICE

I certify on October 14, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

                                          By:  *S/ Michael T. Davis*
                                                      **MICHAEL T. DAVIS**