UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:24-CV-24830-KMM

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

        Plaintiffs,

vs.

CLUB MANAGEMENT MIAMI II, LLC, and
R. DONAHUE PEEBLES,

        Defendants.
_____/

## DEFENDANTS' *UNOPPOSED* MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO AMENDED COMPLAINT

Defendants, Club Management Miami II, LLC and R. Donahue Peebles, pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1(a)(1)(J), move this Court for entry of an order enlarging the time for Defendants to respond to the Amended Complaint (the "Amended Complaint") [ECF 57] filed in this action by Plaintiffs. In support of this motion, Defendants state as follows:

1. Plaintiff filed an Amended Complaint on October 9, 2025, and Defendants' response is currently due on or before October 23, 2025.

2. Due to the press of time and activities in this case and related proceedings, Defendants require additional time to review and prepare a response to the Amended Complaint.

3. Defendants respectfully request a 10-day enlargement of time, up to and including November 3, 2025, to respond to the Amended Complaint.

4. This request for an enlargement of time is made in good faith and not for purposes of undue delay or any other improper purpose.

5. Plaintiff will not be prejudiced by granting the enlargement of time requested herein and, in fact, Plaintiff does not oppose the relief requested.

1

6.      Defendants submit that good cause has been shown for granting a 10-day enlargement of time to respond to the Complaint, up through and including November 3, 2025.

**CERTIFICATE OF CONFERENCE**

Pursuant to S.D. Fla. L. R. 7.1(a)(3), I hereby certify that, on October 21, 2025, I conferred with Plaintiffs' counsel, Kyle McDonald, by e-mail in a good-faith effort to resolve the matters raised by this motion regarding the pending appeal, who does not object to the relief requested.

WHEREFORE, Defendants respectfully request that this Court grants this motion, enters an order providing Defendants an enlargement of time through November 3, 2025 to respond to the Amended Complaint, and take such further action as this Court deems just and proper.

**ASSOULINE & BERLOWE, P.A.**

/s/ *Ellen M. Leibovitch*
ELLEN M. LEIBOVITCH
Florida Bar No. 656933
eml@assoulineberlowe.com
DANIEL E. VILLEVILLE
Florida Bar No. 940496
dev@assoulineberlowe.com

Attorneys for Defendants,
Club Management Miami II, LLC,
and R. Donahue Peebles