UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

      Plaintiffs,                                      CASE NO.: 1:24-cv-24830-KMM

v.

CLUB MANAGEMENT MIAMI II, LLC., and
R. DONAHUE PEEBLES,

      Defendants.
_____/

**PLAINTIFFS' NOTICE OF SETTLEMENT AND**
***UNOPPOSED* MOTION FOR EXTENSION OF TIME**

      Plaintiffs, RICCARDO USAI, MASSIMILIANO GIUA, IRINA SLIZSKAYA, and MEYVIS VEGA (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached an agreement in principle to settle the matter. The Parties are finalizing a written settlement agreement and will file the necessary papers with the Court once finalized.

      In light of the Parties' agreement, Plaintiffs respectfully request a seven-day extension of time, until November 20, 2025, to respond to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, pending finalization of the settlement agreement.

      **WHEREFORE,** Plaintiffs respectfully request that the Court grant a seven-day extension of time, until November 20, 2025, to respond to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint, pending finalization of the settlement agreement, and any other relief the Court deems just and proper.

1

## CERTIFICATE OF CONFERRAL

Pursuant to the Local Rules, the undersigned hereby certifies that he has conferred with counsel for the Defendants, via electronic mail, and that Defendants do not oppose relief sought herein.

Respectfully submitted,

**MACDONALD LAW, PLLC**

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749

420 SW 7th Street, Suite 1118
Miami, FL 33130
(786) 500-9675
kyle@macdonaldemploymentlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on November 13, 2025, on all counsel of record on the service list below via Notices of Electronic Filing generated by CM/ECF.

*/s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**ASSOULINE & BERLOWE, P.A.**

DANIEL E. VIELLEVILLE
Florida Bar No. 940496
dev@assoulineberlowe.com
ELLEN M. LEIBOVITCH
Florida Bar No. 656933
eml@assoulineberlowe.com
2385 N.W. Executive Center Dr., Suite 100
Boca Raton, FL 33431
Tel: (561) 361-6566

*Counsel for Defendants Club Management Miami II, LLC and R. Donahue Peebles*