FILED BY ___AP___ D.C.

Feb 10, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# In the
# United States Court of Appeals
## For the Eleventh Circuit

---

No. 25-13608

---

RICCARDO USAI,
MASSIMILIANO GIUA,
IRINA SLIZSKAYA,
MEYVIS VEGA,

                        *Plaintiffs-Appellees,*

versus

CLUB MANAGEMENT MIAMI II, LLC,
R. DONAHUE PEEBLES,

                        *Defendants-Appellants.*

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:24-cv-24830-KMM

---

ORDER:

    The motion to stay the appeal is GRANTED. This appeal is stayed until a decision is issued in USAI et al. v. Club Management Miami II, LLC et al, No. 1:24-cv-24830 pending before the U.S.

2               Order of the Court                25-13608

District Court for the Southern District of Florida .

    The movant is DIRECTED to promptly file a notice when the decision is issued.

*[signature]*

_____
UNITED STATES CIRCUIT JUDGE