## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

RICCARDO USAI, MASSIMILIANO GIUA,
IRINA SLIZSKAYA, and MEYVIS VEGA,

        Plaintiffs,                          CASE NO.: 1:24-cv-24830-KMM

v.

CLUB MANAGEMENT MIAMI II, LLC., and
R. DONAHUE PEEBLES,

        Defendants.

_____/

### JOINT NOTICE OF NINETY DAYS EXPIRING

Plaintiffs, RICCARDO USAI, MASSIMILIANO GIUA, IRINA SLIZSKAYA, and MEYVIS VEGA (collectively, "Plaintiffs"), and Defendants, CLUB MANAGEMENT MIAMI II, LLC. and R. DONAHUE PEEBLES (collectively, "Defendants"), by and through their undersigned counsel, pursuant to Local Rule 7.1(b)(4), respectfully notify the Court that the Joint Motion for Approval of FLSA Settlement [ECF No. 74], filed on December 4, 2025, has been pending for ninety (90) days as of March 4, 2026.  No response or opposing memorandum was required, as the motion was filed jointly by all parties. No reply or additional papers have been filed in connection with the motion. No hearing has been set or held.

The parties remain available to provide any additional information that may assist the Court in its review of the settlement.

*[This space intentionally left blank]*

Respectfully submitted this 6th day of March, 2026,

**ASSOULINE & BERLOWE, P.A.**

_/s/ Ellen M. Leibovitch_
Ellen M. Leibovitch
Florida Bar No.: 656933
eml@assoulineberlowe.com
Daniel E. Vielleville
Florida Bar No. 940496
dev@assoulineberlowe.com
2385 N.W. Executive Center Dr., Suite 100
Boca Raton, FL 33431
(561) 361-6566

_Counsel for Defendants, Club Management
Miami II, LLC, and R. Donahue Peebles_

**MACDONALD LAW, PLLC**

_/s/ Kyle T. MacDonald_
Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
kyle@macdonaldemploymentlaw.com
420 SW 7th Street, Suite 1118
Miami, FL 33130
(786) 500-9675

_Counsel for Plaintiffs, Riccardo Usai,
Massimiliano Giua, Irina Slizskaya and
Meyvis Vega_