# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 22, 2026

**FILED BY_____AP_____D.C.**

**Apr 22, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  25-13608-DD
Case Style:  Riccardo Usai, et al v. Club Management Miami II, LLC, et al
District Court Docket No:  1:24-cv-24830-KMM

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 25-13608-DD

_____

RICCARDO USAI,
MASSIMILIANO GIUA,
IRINA SLIZSKAYA,
MEYVIS VEGA,

                                        Plaintiffs - Appellees,

versus

CLUB MANAGEMENT MIAMI II, LLC,
R. DONAHUE PEEBLES,

                                        Defendants - Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

ORDER: Notice of Joint Stipulation of Dismissal filed by Appellants Club Management Miami
II, LLC and R. Donahue Peebles is GRANTED by clerk [10716605-2].; ORDER: The parties
have filed a Notice of Stipulation of Dismissal. Pursuant to 11th Cir. R. 42(a), this appeal is
hereby DISMISSED..

Effective April 22, 2026.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION